| AO 10<br>Rev. 1/2022 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2021** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>BREYER, STEPHEN G. | 2. Court or Organization<br><br>SUPREME COURT OF THE UNITED STATES | 3. Date of Report<br><br>05/09/2022 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>ASSOCIATE JUSTICE OF THE SUPREME COURT OF THE<br>UNITED STATES | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　　Date<br>☐ Initial　　☑ Annual　　☐ Final<br><br>5b. ☐　Amended Report | 6. Reporting Period<br><br>01/01/2021<br>**to**<br>12/31/2021 |
| 7. Chambers or Office Address<br><br>SUPREME COURT OF THE UNITED STATES<br>1 FIRST STREET, N.E.<br>WASHINGTON, D.C. 20543 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 345 Trustees, Executors, Administrators, and Custodians; § 350 Power of Attorney; § 355 Outside Positions.)*

☐　NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.　TRUSTEE (HONORARY) | DANA-FARBER CANCER INSTITUTE |
| 2.　JUROR | THE PRITZKER ARCHITECTURE PRIZE |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 340 Agreements and Arrangements )*

☑　NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 320 Income; § 360 Spouses and Dependent Children.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2021 | PENGUIN RANDOM HOUSE LLC.; ROYALTY INCOME | $7,814.21 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE |
|---|---|
| 1. 2021 | ST. JUDE CHILDRENS RES HOSP |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 330 Gifts and Reimbursements; § 360 Spouses and Dependent Children.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BREYER, STEPHEN G.** | 05/09/2022 |

## V. GIFTS. *(Includes those to spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 330 Gifts and Reimbursements; § 360 Spouses and Dependent Children.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 335 Liabilities; § 360 Spouses and Dependent Children.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/09/2022 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) |
| 1. | IRA ACCOUNT: | | | | | | | | |
| 2. | DWS TOTAL RETURN BOND FUND-S | A | Dividend | K | T | | | | |
| 3. | DWS CROCI US FUND-S | B | Dividend | L | T | | | | |
| 4. | OTHER HOLDINGS: | | | | | | | | |
| 5. | DWS TOTAL RETURN BOND FUND-S | A | Dividend | K | T | | | | |
| 6. | BANK OF AMERICA - CHECKING | A | Interest | L | T | | | | |
| 7. | TIAA/CREF: | | | | | | | | |
| 8. | TIAA/CREF - TIAA TRADITIONAL | E | Int./Div. | O | T | | | | |
| 9. | TIAA/CREF - TIAA REAL ESTATE | E | Int./Div. | M | T | | | | |
| 10. | TIAA/CREF - CREF BOND MARKET R3 | A | Int./Div. | M | T | | | | |
| 11. | TIAA/CREF - CREF STOCK R3 | G | Int./Div. | P1 | T | | | | |
| 12. | TIAA/CREF - CREF INF-LINKED BOND R3 | E | Int./Div. | N | T | | | | |
| 13. | TIAA/CREF - CREF STOCK R1 | E | Int./Div. | M | T | | | | |
| 14. | TRUST: | | | | | | | | |
| 15. | TAI SHAN FUND | B | Int./Div. | | | Sold | 12/29/21 | M | A |
| 16. | VANGUARD WINDSOR FUND | D | Dividend | L | T | | | | |
| 17. | AUTOMATIC DATA PROCESSING INC COMMON STOCK | C | Dividend | N | T | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/09/2022 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) |
| 18. CINTAS CORP. COMMON STOCK | B | Dividend | M | T | | | | |
| 19. SYSCO CORP. COMMON STOCK | C | Dividend | M | T | | | | |
| 20. VANGUARD 500 INDEX FUND | D | Dividend | O | T | | | | |
| 21. VANGUARD DIVIDEND GROWTH FUND -IV | E | Dividend | N | T | Sold (part) | 4/6/21 | M | F |
| 22. VANGUARD MID-CAP INDEX FUND | A | Dividend | L | T | | | | |
| 23. DODGE & COX INTERNATIONAL STOCK FUND | B | Dividend | L | T | | | | |
| 24. OAKMARK INTERNATIONAL INVESTOR (FKA OAKMARK INTERNATIONAL FUND - I) | B | Dividend | L | T | | | | |
| 25. FED HERM US TREA CASH RES(FKA FEDERATED US TREASURY CASH RSV FD-I) | A | Dividend | L | T | | | | |
| 26. VANGUARD SMALL CAP INDEX-ADM (FKA VANGUARD SMALL CAP INDEX-INV) | A | Dividend | L | T | | | | |
| 27. FIDELITY MA MUNICIPAL INCOME | A | Dividend | K | T | | | | |
| 28. US TREASURY NOTES 3.125% 05/15/2021 | B | Interest | | | Matured | 05/15/21 | M | A |
| 29. FASTENAL CO. | B | Dividend | K | T | | | | |
| 30. US TREASURY NOTES 2.250% 07/31/2021 | B | Interest | | | Matured | 07/31/21 | M | A |
| 31. US TREASURY NOTES 2.500% 02/15/2022 | C | Interest | M | T | | | | |
| 32. US TREASURY BILLS 1/27/22 | A | Interest | M | T | Buy | 08/02/21 | M | |
| 33. US TREASURY BILLS 5/19/22 | A | Interest | K | T | Buy | 11/4/21 | K | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BREYER, STEPHEN G.** | 05/09/2022 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | |
| 34. US TREASURY BILLS 6/23/22 | A | Interest | M | T | Buy | 12/31/21 | M | | |
| 35. OTHER ASSETS: | | | | | | | | | |
| 36. TIAA/CREF RETIREMENT ACCOUNTS: | | | | | | | | | |
| 37. TIAA/CREF - TIAA TRADITIONAL (FIXED ANNUITY) | C | Int./Div. | L | T | | | | | |
| 38. TIAA/CREF - CREF STOCK R2 | E | Int./Div. | M | T | | | | | |
| 39. SK-N-A NATIONAL BANK SAVINGS ACCT | A | Interest | J | T | | | | | |
| 40. PEARSON PLC ORD. STOCK | D | Dividend | L | T | | | | | |
| 41. RENTAL PROPERTY - NEVIS WEST INDIES | E | Rent | N | W | | | | | |
| 42. LAND IN PLAINFIELD, NH | | None | O | W | | | | | |
| 43. LOWES COMPANIES INC - COMMON STOCK | C | Dividend | N | T | | | | | |
| 44. PACCAR INC - COMMON STOCK | A | Dividend | | | Sold | 9/3/21 | K | E | |
| 45. RAYTHEON TECHNOLOGIES CORP (FKA UNITED TECHNOLOGIES CORP) | B | Dividend | L | T | | | | | |
| 46. SSGA INST TREAS MM INV LC FD (FKA SSGA MONEY MARKET FUND) | A | Dividend | M | T | | | | | |
| 47. LEXINGTON MA GO 4% 2/15/21 | A | Interest | | | Matured | 05/15/21 | L | A | |
| 48. STANCROFT TRUST LIMITED | E | Dividend | O | W | | | | | |
| 49. FIRST CARIBBEAN INTERNATIONAL BANK - CHECKING | | None | K | T | | | | | |
| 50. EATON VANCE LARGE CAP GROWTH FUND - I | F | Dividend | O | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 05/09/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | |
| 51.  EATON VANCE LARGE CAP VALUE FUND - I | E | Dividend | N | T | | | | | |
| 52.  EATON VANCE TAX M S/C | D | Dividend | L | T | | | | | |
| 53.  EATON VANCE ATLANTA SM CP-I | D | Dividend | M | T | | | | | |
| 54.  DFCI RETIREMENT PLAN (401A) (FIDELITY INVESTMENTS) - NO CONTROL | D | Int./Div. | L | T | | | | | |
| 55.  VANGUARD INT - TERM CORPORATE | B | Dividend | L | T | | | | | |
| 56.  TOPGOLF INTERNATIONAL, INC. | | None | | | Merged (with line 57) | 03/08/21 | M | | |
| 57.  CALLAWAY GOLF COMPANY | | None | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BREYER, STEPHEN G.** | 05/09/2022 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ STEPHEN G. BREYER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite G-330
One Columbus Circle, N.E.
Washington, D.C. 20544